UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62061-CV-HURLEY/HOPKINS

CERTAIN INTERESTED UNDERWRITERS
AT LLOYD'S, LONDON,

    Plaintiffs,

v.

AXA EQUITABLE LIFE INSURANCE
COMPANY, et al.,

    Defendants.

_____/

**FINAL JUDGMENT**

**THIS MATTER** is before the Court upon Plaintiffs' Amended Complaint for Declaratory Relief [ECF No. 81]. On July 10, 2014, the Court entered an Order Granting Plaintiffs' Motion for Final Summary Judgment [ECF No. 153]. Accordingly, pursuant to Federal Rule of Civil Procedure 58(a), it is hereby:

**ORDERED** and **ADJUDGED** that:

1. The Court declares as a matter of law that Plaintiffs Certain Interested Underwriters at Lloyd's, London have neither a duty to defend nor a duty to indemnify Steven M. Brasner under the subject insurance policy for the lawsuit filed against him by AXA Equitable Life Insurance Company under the caption *AXA Equitable Life Ins. Co. v. Infinity Fin. Grp., LLC*, No. 08-cv-80611.

2. The Court retains jurisdiction to assess and award costs, if requested.

3. The Clerk of the Court shall enter this case as **CLOSED**.

Final Judgment
*Lloyd's v. AXA*, No. 10-62061-CV-Hurley/Hopkins

   **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 16th day of July, 2014.

_____
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*